No. 461, Misc. NOTTAGE *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 463, Misc. SHEARD *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 465, Misc. BONSOR *v.* COURT OF CRIMINAL APPEALS OF TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 470, Misc. BOCOCK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 480, Misc. MAY *v.* INDIANA. Criminal Court of Marion County, Indiana. Certiorari denied.

No. 486, Misc. UNITED STATES EX REL. EVANS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 490, Misc. LIVESAY *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied.

No. 491, Misc. EDWARDS *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 493, Misc. LANDERS *v.* NEW YORK ET AL. Court of Appeals of New York. Certiorari denied.

No. 495, Misc. HENDERSON *v.* ILLINOIS. Circuit Court of Will County, Illinois. Certiorari denied.